UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH LOWE

    Plaintiff,

    v.

CITY OF SAUSALITO,

    Defendant.

_____/

No. C 06-6892 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss, which was previously set for January 3, 2007 at 9:00 a.m., has been CONTINUED to January 24, 2007 at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the original briefing schedule shall remain in effect.

IT IS SO ORDERED.

Dated: December 15, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge