IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH LOWE,                                                  No. C 06-6892 PJH

        Plaintiff,                                        **ORDER TO SHOW CAUSE**

  v.

CITY OF SAUSALITO,

        Defendant.
_____/

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on March 15, 2007, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders, and having advised the court of plaintiff's additional failure to comply with his initial disclosure obligations,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    A hearing on the order to show cause will be held on March 29, 2007, at 2;30 p.m.   Plaintiff shall appear personally or through counsel.  If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 16, 2007

                                                      PHYLLIS J. HAMILTON
                                                      UNITED STATES DISTRICT JUDGE