1  Charles A. Bonner, Bar No. 85413
   A. Catherine LaGarde, Bar No. 209255
2  LAW OFFICES OF BONNER & BONNER
   1913 Bridgeway
3  Sausalito, CA  94965
   Telephone:    (415) 331-3070
4  Facsimile:    (415) 331-2738

5  Attorneys for Plaintiff,
   RALPH LOWE

6

7

8  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
   Suzanne Solomon, Bar No. 169005
9  ssolomon@lcwlegal.com
   LIEBERT CASSIDY WHITMORE
10 A Professional Law Corporation
   153 Townsend Street, Suite 520
11 San Francisco, CA  94107

12 Telephone:    (415) 512-3000
   Facsimile:    (415) 856-0306
13
   Attorneys for Defendant
14 CITY OF SAUSALITO

15
                    UNITED DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17

18 RALPH LOWE,                          Case No.  C 066892 PJH
19
                Plaintiff,              **STIPULATION FOR DISMISSAL OF
20                                      ENTIRE ACTION WITH PREJUDICE**
         v.
21
   CITY OF SAUSALITO,
22
                Defendant.
23

24
         IT IS HEREBY STIPULATED, by and between Defendant City of Sausalito and Plaintiff
25
   Ralph Lowe that all claims asserted by Plaintiff Ralph Lowe in this action are hereby dismissed
26
   with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.
27

28

```
 1    Each party shall bear its/his own costs and attorney's fees.
 2  IT IS SO STIPULATED.
 3
 4  Dated: 10/18/      , 2007          LIEBERT CASSIDY WHITMORE
 5
 6
 7                                     By: _____
                                          Suzanne Solomon
 8                                        Attorneys for Defendant
                                          CITY OF SAUSALITO
 9
    Dated: 10/11/07   , 2007           LAW OFFICES OF BONNER & BONNER
10
11
12                                     By: _____
                                          A. Cabral Bonner
13                                        Attorneys for Plaintiff
                                          RALPH LOWE
14
    Dated: 10/15/07   , 2007           THE CITY OF SAUSALITO
15
16
17                                     By: _____
                                          Adam W. Politzer
18                                        City Manager Pro-Tem For
                                          The City of Sausalito
19  Dated: 10/11/07   , 2007           RALPH LOWE
20
21
                                       By: _____
22                                        RALPH LOWE
                                          Plaintiff
23
24
25                                                          10/23/07
26
27
28
```



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C 06 6892 PJH